Case 4:23-cv-02193   Document 25   Filed on 05/21/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 22, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMAL QURESHI AND<br>ALL OTHERS SIMILARLY SITUATED<br>    Plaintiffs,<br><br>V.<br><br>KING FUELS, INC., ZRN, LLC,<br>ZAKI NIAZI, MOHAMMED NAEEM<br>NIAZI, MOHAMMED RAZI NIAZI<br>AND SAUD ZAKI NIAZI<br>    Defendants. | §§§§§§§§§§§§ | CASE NO. 4:23-cv-02193 |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS

On this date came to be considered Plaintiff Jamal Qureshi and all Others Similarly Situated's ("Plaintiff") and Defendants King Fuels, Inc., ZRN, LLC, Zaki Niazi, Mohammed Naeem Niazi, Mohammed Razi Niazi, and Saud Zaki Niazi's (collectively "Defendants") Joint Stipulation of Dismissal in the above-numbered and captioned action. It appears to the Court that the Joint Stipulation is well taken and should in all things be GRANTED. It is therefore,

ORDERED that all claims by Plaintiff Jamal Qureshi and all Others Similarly Situated against Defendants King Fuels, Inc., ZRN, LLC, Zaki Niazi, Mohammed Naeem Niazi, Mohammed Razi Niazi, and Saud Zaki Niazi are hereby dismissed in their entirety **with prejudice** to the re-filing of same. This ORDER dismisses all claims by all parties. It is further,

ORDERED that all costs herein incurred shall be taxed against the party incurring same.

Accordingly, the Clerk is directed to CLOSE this case.

 **IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 21st of May, 2024.

_____
HONORABLE KEITH P. ELLISON
UNITED STATES DISTRICT COURT JUDGE